**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Yahya MANDEGARI, Defendant—
Appellant.**

**No. 05–50853.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 28, 2006.*

Decided Aug. 1, 2006.

Steve Miller, Esq., U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kurt D. Hermansen, Esq., San Diego, CA, for Defendant–Appellant.

Before: GIBSON,** RYMER, and CLIFTON, Circuit Judges.

MEMORANDUM ***

Yahya Mandegari appeals his conviction on one count of violating 18 U.S.C. § 1543. Mandegari's argument that § 1543 does not apply to foreign-issued passports is controlled by *United States v. Dangdee*, 616 F.2d 1118 (1980). Neither *Small v. United States*, 544 U.S. 385, 388–89, 125 S.Ct. 1752, 161 L.Ed.2d 651 (2005), nor

*Smith v. United States*, 507 U.S. 197, 203–04, 113 S.Ct. 1178, 122 L.Ed.2d 548 (1993), is "clearly irreconcilable" with *Dangdee*. *Miller v. Gammie*, 335 F.3d 889, 900 (9th Cir.2003) (en banc) (noting standard). Here, the language, statutory context, and history of § 1543 indicates Congress's intent that this statute should apply to foreign-issued passports, as well as those issued by this country. *See Dangdee*, 616 F.2d at 1119–20. Accordingly, we affirm.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable John R. Gibson, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

